**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1604**

FREDDY S. CAMPBELL,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA; CARTER COUNTY DETENTION CENTER;
RANDY BINION, Chief Jailer - Carter County Detention
Center; JOHN PERRINE, Supervising Marshall - United States
Marshals Service; BRENDA WILBURN, R.N. - Carter County
Detention Center,

Defendants - Appellees.

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.  John T. Copenhaver,
Jr., District Judge.  (2:09-cv-00503)

Submitted:  October 13, 2011          Decided:  October 17, 2011

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Freddy S. Campbell, Appellant Pro Se. Stephen Michael Horn,
Assistant United States Attorney, Charleston, West Virginia; R.
Stephen McGinnis, MCBRAYER, MCGINNIS, LESLIE & KIRKLAND, PLLC,
Greenup, Kentucky, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Freddy S. Campbell appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Campbell v. United States, No. 2:09-cv-00503 (S.D.W. Va. May 27, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED